# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 9, 2013

### NO. 03-11-00155-CR

**The State of Texas, Appellant**

**v.**

**Joseph William Dotson, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
REVERSED AND REMANDED -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's order. **IT IS THEREFORE ORDERED** that the order of the trial court be reversed and the cause is remanded for further proceedings; and that this decision be certified below for observance.